AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

FILED
OCT 16 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

NINA SHAHIN, Plaintiff

Plaintiff

V.

STATE OF DELAWARE

Defendant(s)

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

CASE NUMBER: 7 - 0 4 3

I, Nina Shahin, Plaintiff _____ declare that I am the (check appropriate box)

(●) Petitioner/Plaintiff/Movant   ( ) Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ( ) Yes   (●) No   (If "No" go to Question 2)

    If "YES" state the place of your incarceration _____

    **Inmate Identification Number (Required):** _____

    Are you employed at the institution? _____ Do you receive any payment from the institution? _____

    *Attach a ledger sheet from the institution of your incarceration showing at least the past six months' transactions*

2. Are you currently employed?   ( ) Yes   (●) No

    a. If the answer is "YES" state the amount of your take-home salary or wages and pay period a and give the name and address of your employer.

    b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. 9/4/2005

3. In the past 12 twelve months have you received any money from any of the following sources?  $50,000 at the beginning of '04,000 at the end

    | | | Yes | No |
    |---|---|---|---|
    | a. | Business, profession or other self-employment | | (●) No |
    | b. | Rent payments, interest or dividends | | (●) No |
    | c. | Pensions, annuities or life insurance payments | | (●) No |
    | d. | Disability or workers compensation payments | | (●) No |
    | e. | Gifts or inheritances | | (●) No |
    | f. | Any other sources | | (●) No |

    If the answer to any of the above is "YES" describe each source of money and state the amount received *AND* what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev. 4/05)

4. Do you have any cash or checking or savings accounts?  ⊙ Yes  · · No

If "Yes" state the total amount $ different from $1,770 (husband's bi-weekly salary & less than

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?  · · Yes  · · No

all titled assets are in the name of the trust with my husband with Rick as co-trustees

$1.00 after paying all the bills)

If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state NONE if applicable.

None

I declare under penalty of perjury that the above information is true and correct.

10/12/2007
DATE

SIGNATURE OF APPLICANT

**NOTE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.