IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NINA SHAHIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-643-GMS |
| ) | |
| STATE OF DELAWARE, ) | |
| OFFICE OF MANAGEMENT AND ) | |
| BUDGET, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

At Wilmington this 30th day of October, 2007, the Court having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915;

IT IS ORDERED that the application is GRANTED.

_____
United States Magistrate Judge