OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

February 12, 2008

**Nina Shahin**
103 Shinnecock Road
Dover, DE 19904

      **RE:  U.S. Marshal 285 Forms** - Deficiency Noted
          *Civ. Nos.: 07-641 & 07-643*

Dear Ms. Shahin:

    Please be advised that this office has received U.S. Marshal 285 forms for all defendants except for one properly completed for the Delaware Attorney General in the above-listed cases.

    Please submit a new USM form 285 for the Delaware Attorney General **<u>separately for each of the above cases</u>**.

    Upon receipt of the U.S. Marshal 285 forms, your complaint will be forwarded to the U.S. Marshal for service in accordance with the Court's orders.

    Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                          Sincerely,

/rwc                                    PETER T. DALLEO
                                        CLERK

cc:  The Honorable Leonard P. Stark