*NINA SHAHIN, CPA, MAS, MST*
*103 SHINNECOCK RD. DOVER, DE 19904*
*Tel. (302) 678-1805*
*Fax (302) 678-0219*
E-mail: nshahin@comcast.net

---

February 21, 2008

**UNITED STATES DISTRICT COURT**
**District of Delaware**
844 King Street
Wilmington, DE 19801

Attn.: Office of the Clerk
      Peter T. Dalleo, Clerk

RE:    Case Nos. 07-641 and 07-643

Dear Mr. Dalleo:

To comply with your request dated 02/12/2008 I attach herewith two Marshal Forms 285 that addressed to the Attorney General of the state of Delaware in the above-mentioned cases.

I hope that these forms will complete the filing requirements for the cases.

Sincerely,

**Nina Shahin, CPA**

Attachments: 1. Form USM-285 for the case 07-641  *GMS/LPS*
                 2. Form USM-285 for the case 07-643  *GMS/LPS*


RECEIVED FEB 26 2008 U.S. DISTRICT COURT DISTRICT OF DELAWARE


**Misericordia**
*NSF Young Scholars Program*
*Explorations in Mathematics and Biology*

Nina Shahin, CPA, MAS, MST
103 Shinnecock Rd.
Dover, DE 19904


7005 1820 0000 1377 2595

 
U.S. POSTAGE
PAID
DOVER, DE
19901
FEB 22 '08
AMOUNT
$5.94
00026773-05

RETURN RECEIPT REQUESTED

**UNITED STATES DISTRICT COURT**
**District of Delaware**
844 King Street
Wilmington, DE 19801

**Attn.: Office of the Clerk**
**Peter T. Dalleo, Clerk**