OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo  
CLERK OF COURT

LOCKBOX 18  
844 KING STREET  
U.S. COURTHOUSE  
WILMINGTON, DELAWARE 19801  
(302) 573-6170

February 27, 2008

TO:

**Nina Shahin**  
103 Shinnecock Road  
Dover, DE 19904

    **RE:  U.S. Marshal 285 Forms**  
        *Civ. No.* 07-641 & 07-643

Dear Ms. Shahin:

    Please be advised that this office has received all required U.S. Marshal 285 forms in the above referenced cases.

    Your complaint along with the U.S. Marshal 285 forms will be forwarded to the U.S. Marshal for service in accordance with the Court's orders.

    Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                         Sincerely,

/rwc                                             PETER T. DALLEO  
                                                    CLERK

cc:  The Honorable Gregory M. Sleet  
     U.S. Marshal  
     Pro Se Law Clerk