## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| NINA SHAHIN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STATE OF DELAWARE, and )<br>OFFICE OF MANAGEMENT AND BUDGET, )<br>)<br>Defendants. ) | C.A. No. 07-643 GMS |

### ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Deputy Attorney General John B. Hindman on behalf of Defendants State of Delaware and Office of Management and Budget, in the above captioned action. This Entry of Appearance is not a waiver of any jurisdictional defects or defects in service upon the State Defendants. The State Defendants specifically reserve the right to raise any jurisdictional, service or statute of limitations defenses which may be available.

    Respectfully submitted,
    STATE OF DELAWARE
    DEPARTMENT OF JUSTICE

    */s/ John B. Hindman*
    John B. Hindman (DE I.D. #35)
    Deputy Attorney General
    102 West Water St., 3rd Floor
    Dover, DE 19904-6750
    (302) 739-7641
    Attorneys for State of Delaware and
    Office of Management and Budget

Dated: April 14, 2008

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 14, 2008, I electronically filed the attached Entry of Appearance of State Defendants State of Delaware, Office of Management and Budget, with the Clerk of Court using CM/ECF and mailed by United States Postal Service, the document(s) to the following non-registered participants:

<u>By U.S. Mail, first class (2 copies):</u>
Ms. Nina Shahin
103 Shinnecock Rd.
Dover, DE 19904

        STATE OF DELAWARE
        DEPARTMENT OF JUSTICE

        */s/ John B. Hindman*
        John B. Hindman (DE I.D. #35)
        Deputy Attorney General
        102 West Water St., 3rd Floor
        Dover, DE 19904-6750
        (302) 739-7641
        Attorneys for State of Delaware and
        Office of Management and Budget

Dated: April 14, 2008