IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NINA SHAHIN | ) |
| | ) |
|     *Pro Se* Plaintiff | ) |
| | ) |
| v. | )   Civil Action No. 07-643 GMS |
| | ) |
| STATE OF DELAWARE, et al. | ) |
| | ) |
|     Defendants | ) |

**SCHEDULING ORDER**

At Wilmington this ___14th___ day of April, 2008, pursuant to Fed .R. Civ. P. 16 and D. Del. L. R. 16.2;

IT IS ORDERED that:

1. **Joinder of other Parties and Amendment of Pleadings.** All motions to join other parties and amend the pleadings will be filed on or before June 16, 2008.

2. **Discovery.** All discovery will be initiated so that it will be completed on or before October 16, 2008.

3. **Application by Motion.** Any application to the Court will be by written motion filed with the Clerk.

4. The parties will not send or deliver any correspondence to Chambers. All correspondence and pleadings must be filed directly with the Clerk of the Court. It will be the responsibility of the parties to inform the court of any change of address.

5. **Summary Judgment Motions.** All summary judgment motions, with accompanying briefs and affidavits, if any, will be served and filed on or before December 16, 2008. The answering

brief will be filed on or before December 30, 2008, and the reply brief due on or before January 13, 2009.

    6. Any requests for extensions of time as set forth in this Scheduling Order must be made no later than twenty-one days prior to the expiration of time.

                                                _____
                                                CHIEF, UNITED STATES DISTRICT JUDGE



FILED
APR 1 4 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE